BETTY T. ROBERTS, as Executrix, etc., of JACOB H. ROBERTS, Deceased,

Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky. P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.